AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__       DISTRICT OF       __New York__

IN THE MATTER OF THE COMPLAINT OF:

SPIRIT CRUISES LLC

**APPEARANCE**

Case Number: 1:10-cv-02427-NRB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Counter Defendant.
Chelsea Piers L.P., Chelsea Piers Mamagement, Inc.
and Hudson River ParkTrust.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/8/2010 | _[signature]_ |
| Date | Signature |
| | Joshua Gold |
| | Print Name / Bar Number |
| | 1251 Avenue of the Americas |
| | Address |
| | New York / New York / 10020 |
| | City / State / Zip Code |
| | (212) 278-1000 / (212) 278-1733 |
| | Phone Number / Fax Number |