UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
IN THE MATTER OF THE COMPLAINT

OF

SPIRIT CRUISES, LLC,

Petitioner.
------------------------------------------------------------------ X

Case No. 10cv2427 (NRB)

ECF CASE

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY as subrogee of CHELSEA PIERS, LP

I certify that I am admitted to practice in this court.

Respectfully submitted,

Dated: October 11, 2010
New York, New York

_____s/_____
Jacob R. Zissu (JZ1999)
CLAUSEN MILLER, PC
One Chase Manhattan Plaza, 39th Floor
New York, New York  10005
Phone (212) 805-3943
Fax (212) 805-3939
jzissu@clausen.com
*Attorneys for Am. Guar. & Liab. Ins. Co.*

To:

Jeffrey E. Glen
ANDERSON KILL & OLICK, PC
1251 Avenue of the Americas
New York, NY 10020
Phone (212) 278-1000
Fax (212) 278-1733
*Attorneys for Chelsea Piers LP,*
*Chelsea Piers Mgmt., Inc. and*
*Hudson River Park Trust*

Gerald A. Greenberger
RUBIN, FIORELLA & FRIEDMAN, LLP
292 Madison Avenue
11th Floor & 15th Floor
New York, New York 10017
Phone (212) 953-2381
Fax (212) 953-2462
*Attorneys for Spirit Cruises, LLC*

Cc:

Mark S. Wolf
Joseph W. Szalyga