Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/10

IN THE MATTER OF THE COMPLAINT

of

SPIRIT CRUISES, LLC,

Petitioner.

Case No. 10 Civ. 2427 (NRB)

## STIPULATION AND ORDER OF DISMISSAL

Spirit Cruises, LLC and Chelsea Piers L.P., Chelsea Piers Management, Inc., and Hudson River Park Trust, by counsel, pursuant to Rules 41(a)(1)(A)(ii) and 41.c. of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of their claims and counterclaims against one another, with prejudice, which were asserted by the parties in this Action, with each party to bear its own costs and attorneys' fees. This Stipulation and Order of Dismissal shall not affect nor preclude the allegations, causes of action, suit, claims and counterclaims between Spirit Cruises, LLC and American Guarantee and Liability Insurance Company (a/s/o Chelsea Piers, L.P.) in the above referenced Action.

Dated: ~~October 17, 2010~~ November

By: _____
Gerald A. Greenberger
James E. Mercante
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue, 11th Floor
New York, New York 10017
Tel: (212) 953-2381
Fax: (212) 953-2462
GGreenberger@RubinFiorella.com

Counsel for
SPIRIT CRUISES, LLC

By: _____
Jeffrey Glen
Joshua Gold
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
212-278-1000
jglen@andersonkill.com
jgold@andersonkill.com

Counsel for
CHELSEA PIERS L.P. AND CHELSEA
PIERS MANAGEMENT, INC.

By: _____
Jeffrey Glen
Joshua Gold
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
212-278-1000
jglen@andersonkill.com
jgold@andersonkill.com

Counsel for
HUDSON RIVER PARK TRUST

SO ORDERED:

_____     11/22/10
The Hon. Naomi Reice Buchwald            Date