```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
In the Matter of the Complaint
of SPIRIT CRUISES LLC, as owners
of the vessel SPIRIT OF NEW JERSEY,
for exoneration from or limitation
of liability,
                                              O R D E R

                                              10 Civ. 2427 (NRB)
                    Petitioner.
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2011

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         March 25, 2011

                                   _____
                                       NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE